AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 15 2014

David J. Bradley, Clerk

United States of America
v.
1. Rosa Elena IBARRA  YOB: 1985 USC
2. Javier Alonzo ANGEL-Alonzo  YOB: 1987
   Honduran

Case No. M-14-2006-M

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 14, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8USC1324(a)(1)(A)(iii) | knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, conceals, harbors, or shields from detection, or attempts to conceal, harbor, or shield from detection, such alien in any place, including any building or any means of transportation; |
| 8USC1324(a)(1)(A)(v)(I) | engages in any conspiracy to commit any of the preceding acts |

This criminal complaint is based on these facts:
On October 14, 2014, US Homeland Security Investigations (HSI) McAllen, Texas received information that led to a stash house in McAllen, Texas, where aliens were believed to be held. During a consent search of this stash house, three undocumented aliens were found.

(Please see Attachment "A")

✓ Continued on the attached sheet.

_____
Complainant's signature

Christopher St. John, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __October 15, 2014  4:37pm__

_____
Judge's signature

City and state: __McAllen, Texas__

Peter E Ormsby, U.S. Magistrate Judge
Printed name and title

Attachment A

Material Witness Jose Oscar ORELLANA-Avelar, a citizen and national of Honduras, was shown a photo lineup and positively identified Javier Alonzo ANGEL-Alonzo as the man who picked him up from the brush and transported him to the stash house. ORELLANA stated ANGEL walked him to the residence and instructed him to get into a laundry room and left him there. ORELLANA was shown a photo lineup and positively identified Rosa Elena IBARRA as the caretaker of the residence where he was harbored at. ORELLANA stated IBARRA provided him with food and shelter at IBARRA's residence.

Material Witness Oscar Amilcar ASENCIO-Ruiz, a citizen and national of El Salvador, was shown a photo lineup and positively identified Javier Alonzo ANGEL-Alonzo as the man who picked him up from another house and transported him to the house where he was apprehended at. ASENCIO was shown a photo lineup and positively identified IBARRA as the caretaker of the residence where he was harbored at. ASENCIO stated IBARRA provided him food and shelter at IBARRA's residence. ASENCIO stated IBBARA instructed him to go into the laundry room and was the only person who would let him leave the room in order to shower and use the restroom.

Javier Alonzo ANGEL-Alonzo, a citizen and national of Honduras, stated he was harboring three undocumented aliens at his wife's apartment. ANGEL stated he was called by another smuggler and told to pick up the three aliens near a car wash. ANGEL stated he picked up the three aliens and transported them to his wife's apartment in McAllen, Texas. ANGEL stated he was going to be paid $25 a night per person for harboring them and $80 per person to transport them further north. ANGEL stated the three aliens had been at his wife's apartment for approximately two to three days.

Rosa Elena IBARRA, a United States Citizen, stated she leased the apartment where the aliens were apprehended at and that she knew the aliens were there. IBARRA stated $300 was deposited into her bank account to feed the aliens and that she was aware ANGEL was being paid

$25 a day per person to house them and $80 per person to transport them.